■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD GUTIERREZ, Appellant. [935 NYS2d 883]

The verdict was based on legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The fact that the court acquitted defendant of other charges does not warrant a different conclusion (*see People v Rayam*, 94 NY2d 557, 563 [2000]). Concur—Mazzarelli, J.P., Andrias, Saxe, Freedman and Román, JJ.